Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 16-15591-PMM**

JENNIFER H KEENAN  
17-1 CRANBERRY RIDGE  
READING  PA   19606

Petition Filed Date: 08/05/2016  
341 Hearing Date: 10/11/2016  
Confirmation Date: 03/02/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $400.00 | | 02/25/2019 | $400.00 | | 03/26/2019 | $400.00 | |
| 04/25/2019 | $400.00 | | 05/29/2019 | $400.00 | | 06/28/2019 | $400.00 | |
| 07/24/2019 | $400.00 | | 08/27/2019 | $400.00 | | 09/26/2019 | $400.00 | |
| 10/28/2019 | $400.00 | 6279967000 | 11/26/2019 | $400.00 | 6355799000 | 12/30/2019 | $400.00 | 6435242000 |
| 01/27/2020 | $400.00 | 6508062000 | 02/24/2020 | $400.00 | 6579261000 | 03/23/2020 | $400.00 | 6653375000 |
| 04/21/2020 | $400.00 | 6728768000 | 05/27/2020 | $400.00 | 6807865000 | 06/29/2020 | $400.00 | 6893896000 |
| 07/27/2020 | $400.00 | 6963792000 | | | | | | |

**Total Receipts for the Period: $7,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $17,947.28 | $13,860.80 | $4,086.48 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | CASE & DIGIAMBERARDINO PC<br>»» 001 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 16-15591-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $16,860.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,619.20 | Total Plan Base: | $23,600.00 |
| Funds on Hand: | $720.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.