Certificate Number: 05781-PAE-DE-035866403

Bankruptcy Case Number: 16-15591



05781-PAE-DE-035866403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2021, at 3:52 o'clock PM PDT, Jennifer Keenan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 26, 2021

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President