### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                                    : Chapter 13


Jennifer H Keenan                                         : Case No. 16–15591–pmm
            Debtor(s)


### ORDER
_____


    AND NOW, this day , 18th of November 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court


52
Form 195